# United States District Court
# Eastern District of California

SUZETTE ACOSTA,

Plaintiff(s)

V.

BLACK GOLD COMPOST COMPANY, LLC,

Defendant(s)

Case Number: 1:26-cv-03893-KES-EGC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rachel Soffin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Suzette Acosta

On 10/27/2005 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/15/2026

Signature of Applicant: /s/ Rachel Soffin

**Pro Hac Vice Attorney**

Applicant's Name: Rachel Soffin

Law Firm Name: Pearson Warshaw, LLP

Address: 15165 Ventura Blvd.

Suite 400

City: Sherman Oaks State: CA Zip: 91403

Phone Number w/Area Code: (818) 788-8300

City and State of Residence: Grand Rapids, MI

Primary E-mail Address: rsoffin@pwfirm.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brittany S. Scott

Law Firm Name: Smith Krivoshey, PC

Address: 28 Geary Str

Suite 640 # 1507

City: San Francisco State: CA Zip: 94108

Phone Number w/Area Code: (415) 839-7077 Bar # 295032

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 16, 2026

Erin Sny Castillo

JUDGE, U.S. DISTRICT COURT